L. HOWELL DAVIS and WALTER L. SHEPPARD, as executors and trustees of the Last Will and Testament of Lemuel H. Davis, deceased; and L. HOWELL DAVIS, MARY H. DAVIS, and BERTHA M. DAVIS, sole heirs at law of Lemuel H. Davis, Deceased, *Appellants,* vs. ALADDIN INVESTMENT COMPANY, INC., a corporation organized and existing under the laws of the State of Florida, *Appellee.*

Decision filed April 1, 1931.

Petition for rehearing denied April 17, 1931.

*Treadwell & Treadwell,* for Appellants;

*McMullen, Worth & Draper,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order. It is therefore, considered, ordered and decreed by the Court that the said

order of the circuit court be, and the same is hereby, affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.